# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DASHON COVERTA STARKS,

    Petitioner,

v.                                  CASE NO. 8:08-CV-617-T-30TGW
                                     CRIM. NO. 8:05-CR-478-T-30TGW

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **ORDER**

This matter comes before the Court for consideration of Petitioner's *pro se* "Reply to the District Court's Order and Notice of Evidentiary Hearing Dated January 21, 2009" (hereinafter "motion") (CV Dkt. 14) in which Petitioner moves the Court to appoint him new counsel other than Patrick D. Doherty, and subpoena Petitioner's brother for the evidentiary hearing on March 25, 2009. Petitioner is represented by Attorney Joseph Hovsepian (See Dkt. 13).

Local Rule 2.03 provides that "[a]ny party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court; nor shall any party, having previously elected to proceed in proper person, be permitted to obtain special or intermittent appearances of counsel except upon such conditions as the Court may specify." Local Rule 2.03(d) (M.D. Fla. 2006). Petitioner did not seek leave of the Court prior to filing his motion *pro se*.

ACCORDINGLY, the Court **ORDERS** that the Clerk shall **STRIKE** Petitioner's motion (CV Dkt. 14).

**DONE** and **ORDERED** in Tampa, Florida on February 9, 2009.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copy to:
Petitioner and Counsel of Record